IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>$20,000 in U.S. Currency<br><br>　　　　　*Defendants in Rem.* | No. 3:23-CV-00994 |

**UNITED STATES' UNOPPOSED MOTION FOR FINAL FORFEITURE JUDGMENT**

The United States of America moves for final forfeiture judgment and in support states:

1.　Pursuant to Rule G(4) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States sent direct notice of the complaint for forfeiture to Aaron Johnson at 919 U.S. Highway 80 E, Apt. 9206 in Mesquite, TX 75150. The United States also published notice of the forfeiture for the benefit of any and all unknown claimants on the official internet government site, www.forfeiture.gov, for 30 consecutive days commencing June 27, 2023. *See* Notice of Publication (Dkt. 21).

2. Only one claimant, Aaron Johnson, filed an administrative claim to the property on March 17, 2023. He filed a verified claim on July 31, 2023 (Dkt. 9). Johnson filed an

Answer on August 18, 2023 (Dkt. 11). No other administrative claim, verified claim, or answer has been filed by any other claimant.

3. The United States and Johnson have reached an agreement that disposes of Johnson's claim to the property. *See* Notice of Settlement (Dkt. 18).

4. Pursuant to Rule G(5) and 18 U.S.C. § 983(a)(4)(A) and (a)(4)(B), the time has expired for any other claimant to file a claim and answer or motion under Fed. R. Civ. P. 12.

5. The United States requests that the Court enter an order that $16,000 is forfeited to the United States.

Respectfully submitted,
LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Elyse Lyons*
Elyse Lyons
Assistant United States Attorney
Texas Bar No. 24092735
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8774
Facsimile: 214-659-8805
Elyse.lyons@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that on May 13, 2024 I electronically filed this document with the Clerk of Court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

                                    /s/ Elyse Lyons
                                    *Elyse Lyons*
                                    Assistant United States Attorney
                                    Counsel for Plaintiff