IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$20,000.00 in U.S. Currency<br><br>*Defendants in Rem.* | No. 3:23-CV-01378-N |

### FINAL FORFEITURE JUDGMENT

Upon consideration of the United States' Unopposed Motion for Final Forfeiture Judgment (Dkt. 22), and the Court's review of the record and applicable authorities, the motion is **GRANTED.**

The United States filed suit against the defendant property, provided direct notice to all known possible claimants, and posted notice to the public on the official internet government forfeiture site. The time to file a claim has expired, and the only claim, which was filed by Aaron Johnson, has been settled. Any and all other unknown claimants are in default.

Pursuant to the publicly filed settlement agreement, the defendant property shall be disposed of as follows: $4,000 in U.S. Currency returned to Mr. Johnson and $16,000 in U.S. Currency shall be forfeited to the United States.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that all right, title, claim and interest in and to $16,000 of the defendant property is forfeited to the United States of America in accordance with 21 U.S.C. § 881; and it is further **ORDERED** that the property be disposed of in accordance with law.

SO **ORDERED**. SIGNED this _____ day of _____, 2024.

_____
DAVID C GODBEY
CHIEF UNITED STATES DISTRICT JUDGE